JAMES R. EVANS, JR. (BAR NO. 119712)
(jevans@fulbright.com)
JOSEPH H. PARK (BAR NO. 175064)
(jpark@fulbright.com)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

**MADE JS-6**

Attorneys for Plaintiff
BEST ACTIVITY LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST ACTIVITY LIMITED, a British Virgin Islands corporation,<br><br>            Plaintiff,<br><br>  v.<br><br>AMERIWEST INDUSTRIES, INC., a California corporation,<br><br>            Defendant. | Case No. CV10-3777 GW (MANx)<br><br>**STIPULATED FINAL JUDGMENT** |

1  The Court, having read and considered the parties' Stipulation for Entry of
2  Final Judgment, and finding grounds exist to enter judgment thereon,

3  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that
4  judgment is entered in favor of Plaintiff BEST ACTIVITY LIMITED, a British
5  Virgin Islands corporation, and against Defendant AMERIWEST INDUSTRIES,
6  INC., a California corporation, in the amount of $6,090,500.92.

Dated: January 31, 2011

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE